UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YVONNE FROST,

                Plaintiff,

-against-

NYPD; MONTEFIORE; CITY OF NEW YORK (HRA); UNITED STATES SD COURT; NYC MTA,

                Defendants.

20-CV-0417 (CM)

CIVIL JUDGMENT

Pursuant to the orders issued January 27, 2020 and February 14, 2020,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed without prejudice for Plaintiff's failure to comply with the November 7, 2019 order. Plaintiff must comply with the filing restrictions outlined in the Court's February 14, 2020 order to seek permission to file any new action in this Court. *See* 28 U.S.C. § 1651.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated: February 14, 2020
         New York, New York

                                          COLLEEN McMAHON
                                          Chief United States District Judge